In re CHARLEY ROBINSON.

No. A-2470.

Application of Charley Robinson to be admitted to bail. Writ allowed.

Emery A. Foster, for petitioner.

Streeter Speakman, Co. Atty., for the respondent.

PER CURIAM. Application to be let to bail by Charley Robinson. It appearing that the district judge is absent from the county of Lincoln, and the county attorney of Lincoln county conceding that petitioner is entitled to bail, and that bail fixed in the sum of two thousand five hundred dollars would be sufficient, it is ordered that the application be allowed and that bail be fixed in the sum of two thousand five hundred dollars. Bond to be approved by the clerk of the district court of Lincoln county.